UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Chung Yung Chong,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Joe Hillock et al.,<br><br>　　　　Defendants.<br>_____/ | No. C07-3567 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for December 12, 2007 at 1:30 p.m. has been rescheduled to **January 30, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.　A Joint Case Management Conference Statement shall be filed by January 23, 2008. Plaintiff shall serve a copy of this notice to defendants.

Dated:  November 19, 2007　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　*[signature: Betty Fong]*

　　　　　　　　　　　　　　　　　　　　　by: _____
　　　　　　　　　　　　　　　　　　　　　　　Betty Fong
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy