United States District Court
For the Northern District of California

1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

9
10   CHARLES CHUNG YUNG CHONG,          Case No. C07-3567 EMC
11           Plaintiff,
12       v.
13   JOE HILLOCK, et al.,
14           Defendants.
15   _____/
16
17
18
19
20          **NOTICE OF IMPENDING REASSIGNMENT TO**
21          **A UNITED STATES DISTRICT COURT JUDGE**

22   The Clerk of this Court will now randomly reassign this case to a United States District
23   Judge because either:
24
25       ( x )   One or more of the parties has requested reassignment to a United States District
26   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
27
28

( )   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated:  January 15, 2008                             Richard W. Wieking, Clerk
                                                     United States District Court


                                                     _____
                                                     By: Betty Fong, Deputy Clerk