UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHUNG YUNG CHONG,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOE HILLOCK et al,<br><br>    Defendant(s).<br>_____/ | No. C 07-03567 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 11, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                      Richard W. Wieking<br>
                                                      Clerk, U.S. District Court

Dated: January 17, 2008                                  Anthony Bowser, Deputy Clerk to the<br>
                                                      Honorable Marilyn Hall Patel<br>
                                                            (415) 522-3140