Michael J. Tonsing, Esq. (SBN 069476)
LAW OFFICES OF MICHAEL J. TONSING
Cathedral Hill Towers
1255 Post Street, Suite 427
San Francisco, California 94109-6707
E-Mail address: mtonsing@lawyer.com
Telephone: 415.776.7177
Facsimile: 415.358.4839
Attorneys for Plaintiff CHARLES CHUNG YUNG CHONG

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHUNG YUNG CHONG, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JOE HILLOCK, et al <br><br> Defendants. | CASE NO. C – 07-03567 (EMC) MH <br><br> **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

HAVING BEEN UNABLE TO LOCATE AND SERVE the named Defendants within the time prescribed by the Federal Rules of Civil Procedure, the Plaintiff herein, by and trough counsel, hereby voluntarily DISMISSES his Complaint in the instant action, without prejudice as to all parties.

DATED: February 11, 2008

LAW OFFICES OF MICHAEL J. TONSING

By: *[signature]*
Michael J. Tonsing, Esq.

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

-1-